1108

No. 97–1576. Achusi v. Immigration and Naturalization Service. C. A. 5th Cir. Certiorari denied.

No. 97–1614. Jamieson et ux. v. Commissioner of Internal Revenue. C. A. D. C. Cir. Certiorari denied.

No. 97–1628. Coolman v. United States et al. C. A. 8th Cir. Certiorari denied.

No. 97–1629. Cox et al. v. United States et al. C. A. 8th Cir. Certiorari denied.

No. 97–1637. Santucci v. United States. C. A. 3d Cir. Certiorari denied.

No. 97–5586. Lewis v. United States. C. A. 3d Cir. Certiorari denied.

No. 97–6494. Gillard v. Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 97–7727. Venegas v. Henman, Warden. C. A. 5th Cir. Certiorari denied.

No. 97–8074. Elmore v. United States. C. A. 4th Cir. Certiorari denied.

No. 97–8098. Parks v. United States District Court for the Southern District of Indiana. C. A. 7th Cir. Certiorari denied.

No. 97–8110. Maciel v. Terhune, Director, California Department of Corrections, et al. C. A. 9th Cir. Certiorari denied.

No. 97–8112. Evans v. Hartwig, Warden. C. A. 7th Cir. Certiorari denied.

No. 97–8113. Evans, aka Evans-Bey v. Washington, Director, Illinois Department of Corrections. Sup. Ct. Ill. Certiorari denied.

No. 97–8116. Cunningham v. Wood, Superintendent, Washington State Penitentiary. C. A. 9th Cir. Certiorari denied.